**Brief Stricken and Order filed December 8, 2016**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-16-00626-CR

———————

**PAUL PATRICK SECHELSKI, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 12th District Court**
**Grimes County, Texas**
**Trial Court Cause No. 16,732**

---

## ORDER

On November 15, 2016, appellant's court-appointed counsel tendered for filing a brief in which she concludes the appeal is wholly frivolous and without merit. *See Anders v. California*, 386 U.S. 738 (1967). This court rejected the brief because it did not contain any contact information for appellant. Counsel filed an *Anders* brief on November 28, 2016, that provides the mailing address for the Classification and Records department of the Texas Department of Criminal Justice. That information is not sufficient for the court to notify appellant of counsel's filing. Further, counsel has not filed a motion to withdraw.

Accordingly, we order the brief **STRICKEN**. Counsel shall file a brief and motion to withdraw that comply with the requirements of *Anders* and *Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014), by **January 8, 2016**. Information and materials about *Anders* filings may be found on the court's website.

PER CURIAM